ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Harry Pepper and Associates, Inc. | ) | ASBCA No. 61860 |
| | ) | |
| Under Contract No. W912EP-10-C-0006 | ) | |

APPEARANCES FOR THE APPELLANT: Barbara G. Werther, Esq.
Meredith R. Philipp, Esq.
 Troutman Sanders LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
 Engineer Chief Trial Attorney
Jorge R. Martinez, Esq.
Susan E. Symanski, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Jacksonville

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and jointly request that the Board enter judgment in this appeal. Accordingly, it is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,171,322.98. This amount is inclusive of interest. No further interest shall be paid.

Dated: February 22, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61860, Appeal of Harry Pepper and Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals